

# NUMBER 13-23-00211-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ROBERTO G. VELA,**                                      **Appellant,**

**v.**

**COMMISSION FOR LAWYER**
**DISCIPLINE,**                                             **Appellee.**

---

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellant pro se Roberto G. Vela's failure to file a brief or reasonably explain the failure to do so. On April 23, 2024, the Clerk of this Court notified appellant that his brief did not comply with Texas Rules of Appellate Procedure 9.4(i)(3), 38.1(b), (d), (g), and (k). The Clerk requested that appellant submit an amended

brief within ten days from the date of the notice. Appellant did not file an amended brief in the time requested by the Court. Therefore, on May 14, 2024, the Clerk of this Court sent another letter advising appellant that the Court had requested an amended brief on April 23, 2024, and informing appellant that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 42.3, unless within ten days from the date of the second notice, appellant took steps to correct the defects with the brief. Appellant has not responded to this notice and has failed to cure the defects.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

JAIME TIJERINA
Justice

Delivered and filed on the
6th day of June, 2024.

2